**Opinion issued November 3, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00803-CV

———————————

## IN RE HIWOT DINKALE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Hiwot Dinkale, has filed a petition for writ of mandamus, challenging the trial court's rulings on motions to compel and a motion for continuance.[*]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Kelly and Hightower.

---

[*] The underlying case is *Hiwot Dinkale v. 4M Pharmaceuticals, L.L.C., RX Compounding Solutions, L.L.C. d/b/a Pharmacare Plus Pharmacy, and Mohamed M. Mokbel*, cause number 2018-56873, pending in the 334th District Court of Harris County, Texas, the Honorable Dawn Rogers presiding.